**Fill in this information to identify the case:**

Debtor name    **Black Buffalo 3D Corporation**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **25-12270 (TMH)**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 28, 2026**        X **/s/ George Perry**
                                           Signature of individual signing on behalf of debtor

                                           **George Perry**
                                           Printed name

                                           **Chief Executive Officer**
                                           Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name    **Black Buffalo 3D Corporation**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **25-12270 (TMH)**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                     12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................    $    **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................    $    **2,360,164.13**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................    $    **2,360,164.13**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $    **4,077,142.60**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................    $    **6,634.62**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$    **6,380,345.80**

4.  **Total liabilities** .................................................................................................
    Lines 2 + 3a + 3b    $    **10,464,123.02**

**Fill in this information to identify the case:**

Debtor name    **Black Buffalo 3D Corporation**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **25-12270 (TMH)**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|
| 2. **Cash on hand** | | | **$5.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Flagstar Bank** | **Checking** | **9568** | **$153,253.00** |
| 3.2. | **TD Bank Canada** | **Checking** | **5275** | **$34,267.18** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | **$187,525.18** |

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Security Deposit for Union, NJ Office - Highway Joint Venture** | **$30,000.00** |

Debtor     **Black Buffalo 3D Corporation**                                    Case number *(If known)*  **25-12270 (TMH)**
_____
Name

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.     **Total of Part 2.**                                                                                          | **$30,000.00** |

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.

■ Yes Fill in the information below.

11.     **Accounts receivable**

11b. Over 90 days old:      **2,629,000.00**   -   **2,629,000.00**  =....                        | **$0.00** |
face amount                     doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                                                          | **$0.00** |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
| --- | --- |

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.

■ Yes Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- |
| 14.     **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15.     **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:                                    % of ownership | | |
| 15.1.   **HISYS Co. Ltd.**                         70      % | **N/A** | **Unknown** |
| 16.     **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |

17.     **Total of Part 4.**                                                                                          | **$0.00** |

Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | **Inventory, excluding agriculture assets** |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19.     **Raw materials**<br>**Mortar; Misc. Metals** | | $1,000.00 | Recent cost | $1,000.00 |

Official Form 206A/B                     Schedule A/B Assets - Real and Personal Property                     page 2

Debtor   **Black Buffalo 3D Corporation**                                  Case number *(If known)*  **25-12270 (TMH)**
              Name

20.   **Work in progress**
       **Mortar Pump**                                          $0.00   **Recent cost**                $15,000.00

21.   **Finished goods, including goods held for resale**
       **Two first gen 3D printers**                            $0.00   **Recent cost**               $700,000.00

22.   **Other inventory or supplies**
       **Spare parts**                                          $0.00   **Recent cost**                $10,000.00

23.   **Total of Part 5.**                                                                  | $726,000.00 |

       Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** **Misc. desks, chairs, conference table, couches** | $0.00 | **Replacement** | $2,000.00 |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** **Laptops, desktop, server hardware, printer** | $0.00 | **Replacement** | $2,500.00 |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card

| Debtor | Black Buffalo 3D Corporation | Case number *(If known)* | 25-12270 (TMH) |
|---|---|---|---|
| | Name | | |

collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.                                          $4,500.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2 forklifts** | $0.00 | Replacement | $10,000.00 |
| 47.2.  **Scissorlift** | $0.00 | Replacement | $5,000.00 |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Batching equipment; compressor** | $0.00 | Replacement | $30,000.00 |

51. **Total of Part 8.**
    Add lines 47 through 50.  Copy the total to line 87.                                          $45,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Debtor | **Black Buffalo 3D Corporation** | | Case number *(If known)* **25-12270 (TMH)** |
|---|---|---|---|
| | Name | | |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Warehouse - 128 Airstrip Rd., East Stroudsburg, PA 18301** | Lease | $0.00 | | Unknown |
| 55.2. **Office/Plant - 1071 Hudson St., Union, N.J. 07083** | Lease | $0.00 | | Unknown |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | |
|---|---|
| | **$0.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 10:** **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>**Patent #s US20220349192-A1;**<br>**US-20220339817-A1; US-20220341196-A1**<br>**Patent Application #19/302,150** | $0.00 | | Unknown |
| 61. **Internet domain names and websites**<br>**bb3d.io** | $0.00 | | Unknown |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

Debtor **Black Buffalo 3D Corporation**                Case number *(If known)* **25-12270 (TMH)**
        Name

66. **Total of Part 10.**                                                          $0.00

    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

    **NOL**                                          Tax year **2025**        $959,761.00

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **Judgment against Alquist 3D LLC**                                    $407,377.95
    Nature of claim        **Judgment**
    Amount requested                    $0.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                      $1,367,138.95

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor   **Black Buffalo 3D Corporation**                     Case number *(If known)*   **25-12270 (TMH)**
_____Name_____

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $187,525.18 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $30,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $726,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $45,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,367,138.95 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,360,164.13 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,360,164.13 |

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page 7

**Fill in this information to identify the case:**

Debtor name  **Black Buffalo 3D Corporation**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  **25-12270 (TMH)**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | | Column A | Column B |
| --- | --- | --- | --- | --- |
|  | | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | | Do not deduct the value of collateral. | |

**2.1  AJA Holdings 2013 Inc.**
Creditor's Name

**108 Sandringham Drive
Toronto, Ontario, Canada
M3H 1C9**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**10/31/25**
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All personal property of debtor, excluding cash.**
_____

**Describe the lien**
**UCC-1**
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$3,642,820.82**    Column B: **Unknown**

---

**2.2  All Dimension Home Improvement**
Creditor's Name

**12 Gruber Drive
Glen Cove, NY 11542**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**8/15/2025**
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**All personal property of debtor, excluding cash.**
_____

**Describe the lien**
**UCC-1**
_____
**Is the creditor an insider or related party?**
☐ No
■ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$434,321.78**    Column B: **Unknown**

---

Official Form 206D    **Schedule D: Creditors Who Have Claims Secured by Property**    page 1 of 2

Debtor   **Black Buffalo 3D Corporation**                     Case number (if known)   **25-12270 (TMH)**
_____Name_____

■ No                          ☐ Contingent
☐ Yes. Specify each creditor, ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $4,077,142.60 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name   **Black Buffalo 3D Corporation**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **25-12270 (TMH)**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address
**Christian Merkle**
**196 Honesuckle Drive**
**Township of Washington, NJ 07676**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$1,269.23**    Priority amount **$1,269.23**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.2** | Priority creditor's name and mailing address
**Daniel Castoro**
**12 Spring Garden Rd.**
**Lincroft, NJ 07738**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$1,326.92**    Priority amount **$1,326.92**

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Black Buffalo 3D Corporation** | Case number (if known) | **25-12270 (TMH)** |
|---|---|---|---|
| | Name | | |

---

**2.3** Priority creditor's name and mailing address

**George Perry**
**37 Uptom Pine Rd.**
**Lebanon, NJ 08833**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,884.62      $2,884.62

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

**2.4** Priority creditor's name and mailing address

**Steven Jensen**
**410 Winding Way**
**Brick, NJ 08723**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,153.85      $1,153.85

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

---

**3.1** **Nonpriority creditor's name and mailing address**

**1000748102 Ontario Inc.**
**108 Sandringham Dr.**
**Toronto, Ontario, Canada M3H 1C9**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loaned Funds**

Is the claim subject to offset? ■ No  ☐ Yes

$1,646,339.59

---

**3.2** **Nonpriority creditor's name and mailing address**

**All Dimension Home Improvement**
**12 Gruber Drive**
**Glen Cove, NY 11542**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loaned Funds**

Is the claim subject to offset? ■ No  ☐ Yes

$345,770.94

---

**3.3** **Nonpriority creditor's name and mailing address**

**Ampedtronics, LLC**
**260 Kings Mall Ct**
**Kingston, NY 12401**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Judgment**

Is the claim subject to offset? ■ No  ☐ Yes

$12,448.80

---

| Debtor | Black Buffalo 3D Corporation | Case number (if known) | 25-12270 (TMH) |
|---|---|---|---|
| | Name | | |

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$94,500.00**

**Apolo Capital Advisory Corp.**
**46 Cheltenham Ave.**
**Toronto, On, Canada M4N 1P7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Director Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,409.22**

**Ashcroft Inc**
**250 East Main St**
**Stratford, CT 06614-5145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,690.00**

**Baker McKenzie & KL Partners**
**17/F, East Wing, Signature Tower**
**100 Cheonggyecheon-ro, Jung-gu**
**Seoul, Korea 04542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Professional Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,852.57**

**Bananzio Landscaping**
**1257 Cedar Ave**
**Mountainside, NJ 07092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,696.12**

**Beckhoff Automation LLC**
**13130 Dakota Ave**
**Savage, MN 55378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$410,000.00**

**Big Sun Holdings Group**
**777 Third Ave., Suite 2601**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loaned Funds**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,560.00**

**Black Buffalo Land Acquistion, LLC**
**182 Airstrip Rd.**
**East Stroudsburg, PA 18301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Black Buffalo 3D Corporation** | Case number (if known) | **25-12270 (TMH)** |
|---|---|---|---|
| | Name | | |

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$500,000.00**

**Buffalo OC1 Holdings LLC**
**4340 Von Karman Ave., Suite 380**
**Newport Beach, CA 92660**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loaned Funds**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,000.00**

**Carlo Rigillo**
**108 Isernia Cres.**
**Woodbridge ON, Canada, L4H 0W9**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$18,175.00**

**CEVA Freight LLC**
**15350 Vickery Dr**
**Houston, TX 77032**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$24,000.00**

**Clark Davis Associates**
**300 Interpace Parkway, Ste. C140**
**Parsippany, NJ 07054**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,597.39**

**CNC Engineering**
**19 Bacon Rd**
**Enfield, CT 06082**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,400.00**

**Dcone Inc**
**1 Bridge, Plz N Suite 675**
**Fort Lee, NJ 07024**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,764.90**

**Dunne's Towing**
**684 Forman Road, Unit D**
**Souderton, PA 18964**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Black Buffalo 3D Corporation** | Case number (if known) | **25-12270 (TMH)** |
|---|---|---|---|
| | Name | | |

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,708.00**

**Empire Blended Products**
**250 Hickory Ln**
**Bayville, NJ 08721**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$118.24**

**Franchise Tax Board of California**
**PO BOx 942857**
**Sacramento, CA 94257-0500**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Franchise Tax__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,308.51**

**Galvan TX Construction**
**4941 Stanley Ave**
**Fort Worth, TX 76115**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500,000.00**

**HDAC Technology AG**
**Schurlirain 4, Zug**
**6300 Switzerland**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Loaned Funds__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,968.75**

**Highway Joint Venture**
**1150 Chestnut Street**
**Union, NJ 07083**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,030.00**

**ICC Evaluation Services**
**3060 Saturn Street, Suite 100**
**Brea, CA 92821**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,449.88**

**Joseph, Terraciano & Lynam, LLP**
**2 Roosevelt Ave, Suite 200**
**Syosset, NY 11791**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Professional Services__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **Black Buffalo 3D Corporation**                                    Case number (if known)    **25-12270 (TMH)**
_____                          _____
           Name

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19,787.50** |
|---|---|---|---|

**Jospeh A. Farco**
**287 Philadelphia Ave**
**Massapequa Park, NY 11762**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$84,000.00** |
|---|---|---|---|

**June Hee Haan**
**210 Totten Pond Road**
**Waltham, MA 02451**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Director Fees**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,935.00** |
|---|---|---|---|

**KCH Transportation Inc.**
**1208 King St.#320**
**Killarney, FL 34740-3000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,500.00** |
|---|---|---|---|

**KSI Professional Engineers**
**149 Yellowbrook Rd**
**Farmingdale, NJ 07727-7000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$24,000.00** |
|---|---|---|---|

**Lets Play Production Inc.**
**1425 S. Burnside Ave.**
**Los Angeles, CA 90019**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$900.00** |
|---|---|---|---|

**LogicAPT**
**Quark Landmark Plaza, A-40A,**
**Phase 8B**
**Mohali, Punjab 160059**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,743.26** |
|---|---|---|---|

**McMaster-Carr**
**600 County Line Rd**
**Elmhurst, IL 60126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Black Buffalo 3D Corporation**                           Case number (if known)   **25-12270 (TMH)**
_____
Name

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,681.49** |
|---|---|---|---|

**Meter Group Inc**
**2365 NE Hopkins Ct**
**Pullman, WA 99163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$229,230.03** |
|---|---|---|---|

**Michael P. Miceli**
**12 Gruber Drive**
**Glen Cove, NY 11542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Employment Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,922.42** |
|---|---|---|---|

**Mobile Mini**
**4646 E Van Buren St**
**Phoenix, AZ 85008-6927**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,000.00** |
|---|---|---|---|

**Musser Automation**
**PO Box 11**
**Rock Spring, GA 30739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,193.59** |
|---|---|---|---|

**Nauth LPC**
**217 Queen St West, Suite 401**
**Toronto, ON M5V 0R2**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Professional Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7.75** |
|---|---|---|---|

**New York City Department of Finance**
**59 Maiden Lane 19th Floor**
**New York, NY 10038-4502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Workers' Compensation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,409.17** |
|---|---|---|---|

**New York State Workers' Compensation Bd.**
**PO Box 5529**
**Binghamton, NY 13902-5529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Workers' Compensation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Black Buffalo 3D Corporation** | Case number (if known) | **25-12270 (TMH)** |
|---|---|---|---|
| | Name | | |

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$440.00**

**NRAI Inc**
**PO Box 4349**
**Carol Stream, IL 60197-4349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00**

**Pearlson LLP**
**1000 Woodbury Road, Suite 102**
**Woodbury, NY 11797**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,646.69**

**Peter Cooperman**
**155 Witch Ln**
**Norwalk, CT 06853**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,250.00**

**Pillsbury Winthrop Shaw Pittman**
**31 West 52nd Street**
**New York, NY 10019-6131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$322,000.00**

**Presidio Advisors DWC-LLC**
**Building C, 3rd Floor**
**Logistics City, Dubai South**
**Dubai, UAE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Loaned Funds**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$94,500.00**

**Richard Kessler**
**816 Polo Place**
**Great Falls, VA 22066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Director Fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00**

**RK Mission Critical**
**20101 E. 36th Drive**
**Aurora, CO 80011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Settlement Agreement**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Black Buffalo 3D Corporation**         Case number (if known)   **25-12270 (TMH)**
    Name

| 3.46 | **Nonpriority creditor's name and mailing address** <br> **Rutan & Tucker, LLP** <br> **18575 Jamboree Rd, 9th Floor** <br> **Irvine, CA 92612** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __Professional Services__ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$5,000.00** |
|---|---|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address** <br> **Scott Testing Inc** <br> **245 Whiteside Rd** <br> **Trenton, NJ 08619** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __Trade debt__ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$1,706.00** |
| 3.48 | **Nonpriority creditor's name and mailing address** <br> **Skys 21** <br> **80-06 Roosevelt Ave, Suite 202** <br> **Jackson Heights, NY 11372** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __Trade debt__ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$12,850.00** |
| 3.49 | **Nonpriority creditor's name and mailing address** <br> **STATE OF NEW JERSEY** <br> **DIVISION OF EMPLOYER ACCOUNTS P.O.** <br> **BOX 0** <br> **TRENTON, NJ 08625-0059** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$3,449.31** |
| 3.50 | **Nonpriority creditor's name and mailing address** <br> **Stelo Construction** <br> **11601 Pelicano Drive** <br> **El Paso, TX 79936** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __Trade debt__ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$125,000.00** |
| 3.51 | **Nonpriority creditor's name and mailing address** <br> **Stemmons Enterprises, LLC** <br> **7324 SW Freeway, Suite 1900** <br> **New York, NY 10017** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __Loaned Funds__ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$450,000.00** |
| 3.52 | **Nonpriority creditor's name and mailing address** <br> **Sterlington PLLC** <br> **530 Fifth Ave Suite 804** <br> **New York, NY 10036** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$10,666.66** |

| Debtor | **Black Buffalo 3D Corporation** | Case number (if known) | **25-12270 (TMH)** |
|---|---|---|---|
| | Name | | |

---

**3.53** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,500.00**

**Structural Engineering Technologies**
**40-12 28th Street #200**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,447.52**

**Sunbelt Rentals Inc.**
**PO Box 409211**
**Atlanta, GA 30384-9211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$620.04**

**Teknikon Group, Inc**
**75 New York Ave**
**Clark, NJ 07066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,988.83**

**Texas First Rentals**
**PO Box 207916**
**San Antonio, TX 78220-7916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$453.65**

**Texas State Comptroller**
**PO Box 149359**
**Austin, TX 78714-9359**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$47,500.00**

**Traina Design**
**10680 Treena St., Ste 520**
**San Diego, CA 92131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000,000.00**

**Trinion  America Inc.**
**8880 Rio San Diego Drive #350**
**San Diego, CA 92108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Loaned Funds**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Black Buffalo 3D Corporation**                                    Case number (if known)   **25-12270 (TMH)**
Name

| | |
|---|---|
| 3.60  **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$380.43** |
| **Turtle and Hughes Inc**<br>**100 Walnut Ave FL 4**<br>**Clark, NJ 07066-1253** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim:  __Trade debt__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.61  **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$0.22** |
| **UPS Supply Chain Solutions, Inc.**<br>**28013 Network Place**<br>**Chicago, IL 60673-1280** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim:  __Trade debt__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.62  **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$83,333.00** |
| **Vibra Screw Inc.**<br>**755 Union Blvd.**<br>**Totowa, NJ 07512** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim:  __Trade debt__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.63  **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$3,608.64** |
| **Waste Management of Pennsylvania, Inc.**<br>**AS Payment Agent**<br>**PO Box 13648**<br>**Philadelphia, PA 19101-3648** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim:  __Trade debt__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.64  **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$179.99** |
| **WB Mason**<br>**59 Centre St**<br>**Brockton, MA 02301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim:  __Trade debt__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.65  **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$726.70** |
| **Weiner Law Group LLP**<br>**629 Parsippany Rd**<br>**Parsippany, NJ 07054-0438** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim:  __Professional Services__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies,
   assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

Debtor    **Black Buffalo 3D Corporation**

Name

Case number (if known)    **25-12270 (TMH)**

| | Total of claim amounts |
|---|---|
| **5a. Total claims from Part 1** | 5a. $ 6,634.62 |
| **5b. Total claims from Part 2** | 5b. + $ 6,380,345.80 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. $ 6,386,980.42 |

**Fill in this information to identify the case:**

Debtor name    **Black Buffalo 3D Corporation**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **25-12270 (TMH)**

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal          Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Lease for East Stroudsburg Warehouse**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Black Buffalo Land Acquistion, LLC**<br>**182 Airstrip Rd.**<br>**East Stroudsburg, PA 18301** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Office/Plant Lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Highway Joint Venture**<br>**1150 Chestnut Street**<br>**Union, NJ 07083** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Consulting Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Let's Play Production Inc.**<br>**72 Cromford Place**<br>**Franklin, TN 37069** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Manufacturing and Distribution License Agreeement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **MAPEI Corporation**<br>**1144 East Newport Center Dr.**<br>**Deerfield Beach, FL 33442** |

| Debtor 1 | **Black Buffalo 3D Corporation** | | | Case number *(if known)* | **25-12270 (TMH)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.5. State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** |
| State the term remaining | **Presidio Advisors DWC-LLC** |
| List the contract number of any government contract | **Building C, 3rd Floor** **Logistics City, Dubai South** **Dubai, UAE** |
| 2.6. State what the contract or lease is for and the nature of the debtor's interest | **Trademark Sublicense Agreement** |
| State the term remaining | **RK Mission Critical** |
| List the contract number of any government contract | **20101 E. 36th Drive** **Aurora, CO 80011** |
| 2.7. State what the contract or lease is for and the nature of the debtor's interest | **Settlement Agreement** |
| State the term remaining | **RK Mission Critical** |
| List the contract number of any government contract | **20101 E. 36th Drive** **Aurora, CO 80011** |

**Fill in this information to identify the case:**

Debtor name    **Black Buffalo 3D Corporation**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **25-12270 (TMH)**

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Your Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **Daesun (Derek) Chung** | **63, Daesagwan-ro 13-gil Seongbuk-gu, Seoul Republic of Korea $1,000,000** | **AJA Holdings 2013 Inc.** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 **Michael Woods** | **2 Meadow Spring Lane Glen Cove, NY 11542 $1,000,000** | **AJA Holdings 2013 Inc.** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 **Michael Miceli** | **14 Danton Lane Locust Valley, NY 11560** | **Highway Joint Venture** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.2__ |
| 2.4 **Michael P. Miceli** | **12 Gruber Drive Glen Cove, NY 11542** | **RK Mission Critical** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.7__ |