UNITED STATES BANKRUPTCY COURT

DISTRICT OF Delaware

In Re. Black Buffalo 3D Corporation §
§
§
Debtor(s) §

Case No. 25-12270

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 03/31/2026

Petition Date: 12/24/2025

Months Pending: 3

Industry Classification: 3 3 3 1

Reporting Method: Accrual Basis ◉ Cash Basis ○

Debtor's Full-Time Employees (current): 4

Debtor's Full-Time Employees (as of date of order for relief): 4

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Nicholas J. Brannick
Signature of Responsible Party

04/22/2026
Date

Nicholas J. Brannick (DE No. 5721)
Printed Name of Responsible Party

Ballard Spahr LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Black Buffalo 3D Corporation Case No. 25-12270

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $15,288 | |
| b. | Total receipts (net of transfers between accounts) | $499,960 | $499,960 |
| c. | Total disbursements (net of transfers between accounts) | $215,032 | $391,904 |
| d. | Cash balance end of month (a+b-c) | $300,216 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $215,032 | $391,904 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $411,000 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $411,000 |
| c. | Inventory (Book ☒ Market ☐ Other ☐ (attach explanation)) | $725,000 |
| d | Total current assets | $1,443,816 |
| e. | Total assets | $2,555,666 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $4,884,355 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $7,942,172 |
| n. | Total liabilities (debt) (j+k+l+m) | $12,826,527 |
| o. | Ending equity/net worth (e-n) | $-10,270,861 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $215,032 | |
| f. | Other expenses | $277,180 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $-492,212 | $-8,129,522 |

Debtor's Name Black Buffalo 3D Corporation Case No. 25-12270

**Part 5: Professional Fees and Expenses**

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Ballard Spahr LLP | Lead Counsel | $0 | $0 | $0 | $0 |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

Debtor's Name Black Buffalo 3D Corporation Case No. 25-12270

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |

Debtor's Name Black Buffalo 3D Corporation Case No. 25-12270

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | $15,672 | $15,672 | $15,672 | $15,672 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Law Office of Bom Lee | Special Counsel | $672 | $672 | $672 | $672 |
| | ii | Carlo Rigillo | Financial Professional | $15,000 | $15,000 | $15,000 | $15,000 |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

Debtor's Name Black Buffalo 3D Corporation Case No. 25-12270

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

Debtor's Name Black Buffalo 3D Corporation Case No. 25-12270

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |

Debtor's Name Black Buffalo 3D Corporation Case No. 25-12270

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $0 | $0 | $0 |

| Part 6: Postpetition Taxes | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $16,282 | $57,764 |
| e. | Postpetition property taxes paid | $2,067 | $6,004 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | | |
|---|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ● | No ○ | |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ | No ● | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○ | No ● | |
| d. | Are you current on postpetition tax return filings? | Yes ● | No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ● | No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ● | No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ | No ● | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ● | No ○ | N/A ○ |
| i. | Do you have: Worker's compensation insurance? | Yes ● | No ○ | |
| | If yes, are your premiums current? | Yes ● | No ○ | N/A ○ (if no, see Instructions) |
| | Casualty/property insurance? | Yes ● | No ○ | |
| | If yes, are your premiums current? | Yes ● | No ○ | N/A ○ (if no, see Instructions) |
| | General liability insurance? | Yes ● | No ○ | |
| | If yes, are your premiums current? | Yes ● | No ○ | N/A ○ (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ● | No ○ | |
| k. | Has a disclosure statement been filed with the court? | Yes ● | No ○ | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ● | No ○ | |

Debtor's Name Black Buffalo 3D Corporation Case No. 25-12270

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ George Perry | George Perry |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Chief Executive Officer | 04/17/2026 |
| Title | Date |

Debtor's Name Black Buffalo 3D Corporation Case No. 25-12270

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name Black Buffalo 3D Corporation Case No. 25-12270

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

PageThree

PageFour

# Balance Sheet
## Black Buffalo 3D Corp
### As of Mar 31, 2026

| | Total |
|---|---|
| Assets | |
| Current Assets | |
| Bank Accounts | |
| 10000 FRB (6647) | 0.00 |
| 11000 CHASE 3635 | 0.00 |
| 11100 Flagstar 9568 | -1,386.53 |
| 111203 FRB (2145) - BB3D | 0.00 |
| 12000 Migration account | 0.00 |
| 13000 Settlement account | 0.00 |
| 1505821560 BLACK BUFFALO 3D CORPORATION DIP CASE#25-12270 | 309,140.38 |
| 30267205275 111300 TD 5275 | 62.50 |
| **Total for Bank Accounts** | **$307,816.35** |
| Accounts Receivable | |
| 20000 Accounts receivable | 411,000.00 |
| 21000 Allowance for doubtful accounts | 0.00 |
| **Total for 20000 Accounts receivable** | **$411,000.00** |
| **Total for Accounts Receivable** | **$411,000.00** |
| Other Current Assets | |
| 113220 Inventory Asset | 0.00 |
| 30000 Other Current Assets | |
| 30001 Prepaid Insurance | |
| 300011 Prepaid Insurance - BB3D | 0.00 |
| **Total for 30001 Prepaid Insurance** | **$0.00** |
| 30002 Prepaid Marketing | 0.00 |
| 30003 Prepaid Rent | |
| 300031 Prepaid Rent - NJ Factory | 0.00 |
| **Total for 30003 Prepaid Rent** | **$0.00** |
| 30004 Prepaid Expenses | |
| 114060 Prepaid Expenses - Shared Services | 0.00 |
| 300041 Prepaid Expenses - BB3D | 0.00 |
| **Total for 30004 Prepaid Expenses** | **$0.00** |
| 30006 Advances | 0.00 |
| 30007 Investments | |
| 300071 Investment in HiSys | 300,000.00 |
| **Total for 30007 Investments** | **$300,000.00** |
| 30008 Other Receivables - MAPEI | 0.00 |
| 30009 Loan Receivable - HiSys | 0.00 |
| 30010 Due From US Affiliate - Development Costs | 0.00 |

| | |
|---|---|
| 300102 Due from Affiliates (HiSys) | 0.00 |
| **Total for 30010 Due From US Affiliate - Development Costs** | **$0.00** |
| 30011 Due from stockholders and employees | 0.00 |
| 30014 OTHER RECEIVABLE - Notes Receivable | 0.00 |
| 300141 Notes Receivable - Allowance for doubtful accounts | 0.00 |
| **Total for 30014 OTHER RECEIVABLE - Notes Receivable** | **$0.00** |
| **Total for 30000 Other Current Assets** | **$300,000.00** |
| 30016 Inventory | |
| 300161 Inventory - BB 3D Printers | 700,000.00 |
| 300162 Inventory - Modular Homes | 25,000.00 |
| 300163 PARTS INVENTORY — BB3D | 0.00 |
| 300164 Mix Material | 0.00 |
| 300165 Prototype Inventory - BB3D | 0.00 |
| **Total for 30016 Inventory** | **$725,000.00** |
| **Total for Other Current Assets** | **$1,025,000.00** |
| **Total for Current Assets** | **$1,743,816.35** |
| Fixed Assets | |
| 40000 Furniture | |
| 400001 Furniture - Cost | 0.00 |
| **Total for 40000 Furniture** | **$0.00** |
| 40001 Other Tools/Equipment | 0.00 |
| 400011 R&D Tools | 0.00 |
| 400012 Tools/Equipment Cost | 45,000.00 |
| 400013 Accumulated Depreciation - Tools | 0.00 |
| **Total for 40001 Other Tools/Equipment** | **$45,000.00** |
| 40002 Intangible Assets | |
| 400021 Patents | 0.00 |
| 400022 Trademarks | 0.00 |
| **Total for 40002 Intangible Assets** | **$0.00** |
| 40004 Leasehold Improvements | |
| 400042 Leasehold Improvements - Union | 251,807.44 |
| 400043 Accumulated Depreciation - Leasehold Improve. | -23,006.91 |
| **Total for 40004 Leasehold Improvements** | **$228,800.53** |
| **Total for Fixed Assets** | **$273,800.53** |
| Other Assets | |
| 50000 Due from Affiliates | |
| 500001 Due from Affiliates-BSH | 0.00 |
| **Total for 50000 Due from Affiliates** | **$0.00** |
| 50001 Security Deposits | |
| 500011 Studio | 0.00 |
| 500012 Leasehold Deposits | 30,000.00 |
| **Total for 50001 Security Deposits** | **$30,000.00** |
| 50002 Investments - noncurrent | 0.00 |

| | |
|---|---|
| 50003 ROU assets, net | |
| 128101 ROU assets - cost | 706,851.23 |
| 500031 Accumulated amortization of ROU assets | -198,801.91 |
| **Total for 50003 ROU assets, net** | **$508,049.32** |
| **Total for Other Assets** | **$538,049.32** |
| **Total for Assets** | **$2,555,666.20** |
| Liabilities and Equity | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 90000 Accounts Payable (A/P) | 1,084,480.42 |
| **Total for Accounts Payable** | **$1,084,480.42** |
| Credit Cards | |
| 205000 Short Term Loans - All Dimension AMEX | -0.06 |
| 206000 Long Term Loans - All Dimension AMEX | 0.00 |
| 211070 AMEX - Plum Card Old | 0.00 |
| **Total for Credit Cards** | **-$0.06** |
| Other Current Liabilities | |
| 90001 Accrued Expenses | 0.00 |
| 900011 Accrued Interest | |
| 9000111 Accured Interest - BB3D | 1,404,682.99 |
| **Total for 900011 Accrued Interest** | **$1,404,682.99** |
| **Total for 90001 Accrued Expenses** | **$1,404,682.99** |
| 90002 Unearned Revenue - BB3D | 0.00 |
| 90003 New York Department of Taxation and Finance Payable | 0.00 |
| 90005 Virginia Department of Taxation Payable | 0.00 |
| 900063 Dip financing loan | 499,960.00 |
| 90006 Short-Term Loans | |
| 900061 Short-Term Convertible Loans | 0.00 |
| 900062 Short-Term Non-Convertible Loans | |
| 9000621 Notes Payable - HDAC | 0.00 |
| 9000622 Short-Term Loan (Bridge) - All Dimension | 304,829.92 |
| 9000623 Short-term Loan - All Dimension | 67,527.64 |
| 9000624 Short term Loan - ONTARIO | 49,980.00 |
| 9000625 Bridge Loans - ONT OC1 | 679,927.50 |
| **Total for 900062 Short-Term Non-Convertible Loans** | **$1,102,265.06** |
| **Total for 90006 Short-Term Loans** | **$1,102,265.06** |
| 90007 Lease liabilities - current | 43,125.51 |
| 90008 Due To US Affiliate - Big Sun Holdings | 0.00 |
| 90010 Pennsylvania Department of Revenue Payable | 0.00 |
| 90011 Texas State Comptroller Payable | 0.00 |
| New Jersey Division of Taxation Payable | 39,750.00 |
| **Total for Other Current Liabilities** | **$3,089,783.56** |

| | |
|---|---|
| **Total for Current Liabilities** | **$4,174,263.92** |
| Long-term Liabilities | |
| 90013 Lease liabilities - noncurrent | 471,877.96 |
| 90014 Long-Term Loans | |
| 900141 Long-Term, Non-Convertible Loans | |
| 9001411 Non Convertible - BSH | 410,000.00 |
| 9001412 Non Convertible - HDAC | 500,000.00 |
| 9001413 Non Convertible - Ontario | 2,386,030.00 |
| **Total for 900141 Long-Term, Non-Convertible Loans** | **$3,296,030.00** |
| 900142 Long-Term, Convertible Loans | |
| 9001421 Convertible - Trinion America Inc | 1,000,000.00 |
| 9001422 Convertible - All Dimension | 434,354.84 |
| 9001423 Convertible Notes Payable - HN Inc | 0.00 |
| 9001424 Convertible - Ontario | 3,000,000.00 |
| 9001425 Convertible - Stemmons | 450,000.00 |
| **Total for 900142 Long-Term, Convertible Loans** | **$4,884,354.84** |
| **Total for 90014 Long-Term Loans** | **$8,180,384.84** |
| **Total for Long-term Liabilities** | **$8,652,262.80** |
| **Total for Liabilities** | **$12,826,526.72** |
| Equity | |
| 311100 Common Stock | 15,776.43 |
| 311305 Converted and Issued - AJA Holdings 2013 | 542,750.00 |
| 311310 Converted and Issued - All Dimension | 294,340.00 |
| **Total for 311100 Common Stock** | **$852,866.43** |
| 311250 Treasury stock | -2,501.68 |
| 312200 Opening Balance Equity | 34,267.18 |
| 331100 Preferred Stock | 6,000,000.44 |
| 3310000 Preferred Shares - ISSUED | 975,000.00 |
| 331310 Converted from Notes - HDAC | 4,460,298.65 |
| 331320 Converted From Notes - HN Inc | 1,767,259.23 |
| 331900 Preferred Stock Issuable Shares | 565,000.00 |
| **Total for 331100 Preferred Stock** | **$13,767,558.32** |
| Contributed suplus | 1,191,686.20 |
| 351100 Retained Earnings | -18,110,063.89 |
| Net Income | -8,004,673.08 |
| **Total for Equity** | **-$10,270,860.52** |
| **Total for Liabilities and Equity** | **$2,555,666.20** |

# Profit and Loss

## Black Buffalo 3D Corp

### March 2026

| | Total |
|---|---|
| Income | |
| **Gross Profit** | |
| Expenses | |
| 600203 Utilities | 4,729.12 |
| 6002032 Internet | 263.08 |
| **Total for 600203 Utilities** | **$4,992.20** |
| 600301 Bank Charges & Fees | 2.49 |
| 600602 Salaries & Wages | 28,932.81 |
| 600608 Payroll Taxes | 16,282.18 |
| 600701 Employee Benefits | |
| 600702 Employee Benefits - 401k | 4,194.43 |
| 600705 Employee Benefits - Medical | 3,614.88 |
| **Total for 600701 Employee Benefits** | **$7,809.31** |
| 600721 Payroll Fees | 183.00 |
| 600801 Legal & Professional Services | 672.00 |
| 600817 Professional Fees | |
| 600819 Consultant - BB3D | 30,500.00 |
| **Total for 600817 Professional Fees** | **$30,500.00** |
| 600901 Dues & subscriptions | 579.00 |
| 601003 Rent & Lease | |
| 601006 Rent - Factory | 1,760.00 |
| **Total for 601003 Rent & Lease** | **$1,760.00** |
| 601008 Rent - NJ R&D | 16,724.81 |
| 601201 Insurance | |
| 6012012 Liability insurance | 2,238.91 |
| 6012013 Property insurance | 990.96 |
| **Total for 601201 Insurance** | **$3,229.87** |
| 601302 Office Supplies & Software | 275.00 |
| 601305 Software License | 1,372.96 |
| **Total for 601302 Office Supplies & Software** | **$1,647.96** |
| 601303 Factory Tools - BB3D | 217.71 |
| 601401 Meals and entertainment | 425.26 |
| 601603 Taxes Paid | 1,968.75 |
| 603001 Bad Debt Expense | 277,180.30 |
| **Total for Expenses** | **$393,107.65** |
| **Net Operating Income** | **-$393,107.65** |
| Other Expenses | |
| Unrealized Gain or Loss | |

| | |
|---|---|
| **Total for Other Expenses** | |
| **Net Other Income** | |
| **Net Income** | **-$393,107.65** |

flagstar

Statement Period
From March 01, 2026
To March 31, 2026


PRIVATE CLIENT GROUP 119
68 SOUTH SERVICE ROAD
MELVILLE, NY 11747

BLACK BUFFALO 3D CORPORATION DEBTOR IN 8-119
POSSESSION CASE#25-12270
1071 HUDSON ST
UNION NJ 07083

See Back for Important Information

Primary Account: [redacted]1560 0

EFFECTIVE 3/1/2026, THE FEE FOR PROCESSING A LEGAL ACTION WILL BE UPDATED FROM 175 DOLLARS TO 100 DOLLARS PER LEGAL DOCUMENT.

| Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| [redacted]1560 | BANKRUPTCY CHECKING | 4,157.00 | 309,140.38 |
| | RELATIONSHIP TOTAL | | 309,140.38 |

flagstar

Statement Period
From March 01, 2026
To March 31, 2026


PRIVATE CLIENT GROUP 119
68 SOUTH SERVICE ROAD
MELVILLE, NY 11747

BLACK BUFFALO 3D CORPORATION DEBTOR IN 8-119
POSSESSION CASE#25-12270
1071 HUDSON ST
UNION NJ 07083

See Back for Important Information

Primary Account: [redacted]1560 0

BANKRUPTCY CHECKING [redacted]1560

Summary

| | | |
|---|---|---|
| Previous Balance as of March | 01, 2026 | 4,157.00 |
| 7 Credits | | 526,079.57 |
| 33 Debits | | 221,096.19 |
| Ending Balance as of March | 31, 2026 | 309,140.38 |

Deposits and Other Credits

| | | |
|---|---|---|
| Mar 06 | INCOMING WIRE | 100,000.00 |
| | REF# [redacted] | |
| | FROM: SIDEWINDER MANAGER LLC ABA: 056004445 | |
| | BANK: UNITED BANK | |
| | OBI: CASE 25-12270 | |
| | OBI: | |
| | OBI: | |
| Mar 06 | ONLINE TRANSFER CREDIT | 100,000.00 |
| | ONLINE XFR FROM: XXXXXX9568 | |
| Mar 12 | INCOMING WIRE | 11,959.90 |
| | REF# [redacted] | |
| | FROM: ABU DHABI COMMERCIAL BANK ABA: ADCBAEAAX | |
| | BANK: ABU DHABI COMMERCIAL BANK | |
| Mar 12 | INCOMING WIRE | 149,980.00 |
| | REF# [redacted] | |
| | FROM: AJA HOLDINGS 2013 INC ABA: 001115324 | |
| | BANK: ROYAL BANK OF CANADA PAYMENT CEN | |
| | OBI: STEPHEN ARBIB | |
| | OBI: | |
| | OBI: | |
| Mar 13 | INCOMING WIRE | 150,000.00 |
| | REF# [redacted] | |
| | FROM: SIDEWINDER MANAGER LLC ABA: 056004445 | |
| | BANK: UNITED BANK | |
| | OBI: CASE 25-12270 | |

flagstar



PRIVATE CLIENT GROUP 119
68 SOUTH SERVICE ROAD
MELVILLE, NY 11747

BLACK BUFFALO 3D CORPORATION DEBTOR IN 8-119
POSSESSION CASE#25-12270
1071 HUDSON ST
UNION NJ 07083

See Back for Important Information

Primary Account: [redacted]1560 0

| Date | Description | | | Amount |
|---|---|---|---|---|
| | OBI: | | | |
| | OBI: | | | |
| Mar 17 | INCOMING WIRE | | | 9,975.00 |
| | REF# [redacted] | | | |
| | FROM: ROYAL BANK OF CANADA PAYMENT CENTE | ABA: | 001115324 | |
| | BANK: ROYAL BANK OF CANADA PAYMENT CEN | | | |
| Mar 23 | TELEPHONE XFER CR | | | 4,164.67 |
| | TELEPHONE TRANSFER FROM: XXXXXX9568 | | | |

Withdrawals and Other Debits

| Date | Description | | | Amount |
|---|---|---|---|---|
| Mar 11 | OUTGOING WIRE | | | 1,696.12 |
| | REF# [redacted] | | | |
| | TO: Beckhoff Automation LLC | ABA: | 121000248 | |
| | BANK: WELLS FARGO BANK, N.A. | ACCT# | [redacted] | |
| Mar 11 | OUTGOING WIRE | | | 7,500.00 |
| | REF# [redacted] | | | |
| | TO: Musser Automation LLC | ABA: | 121000248 | |
| | BANK: WELLS FARGO BANK, N.A. | ACCT# | [redacted] | |
| | OBI: Invoice #BB3D-0006 | | | |
| | OBI: | | | |
| | OBI: | | | |
| Mar 11 | OUTGOING WIRE | | | 10,000.00 |
| | REF# [redacted] | | | |
| | TO: Carlo Rigillo | ABA: | ROYCCAT2X | |
| | BANK: ROYAL BANK OF CANADA | ACCT# | [redacted] | |
| Mar 11 | OUTGOING WIRE | | | 12,000.00 |
| | REF# [redacted] | | | |
| | TO: Presidio Advisors DWC LLV | ABA: | ADCBAEAAX | |
| | BANK: ABU DHABI COMMERCIAL BANK | ACCT# | [redacted] | |
| Mar 11 | OUTGOING WIRE | | | 16,528.75 |
| | REF# [redacted] | | | |
| | TO: Credit Highway Joint Ventures | ABA: | 021213944 | |
| | BANK: CONNECTONE BANK | ACCT# | [redacted] | |
| Mar 11 | OUTGOING WIRE | | | 24,000.00 |
| | REF# [redacted] | | | |
| | TO: Lets Play Production Inc | ABA: | 322271627 | |
| | BANK: JPMORGAN CHASE BANK, NA | ACCT# | [redacted] | |
| | OBI: August and September Invoices | | | |
| | OBI: | | | |

flagstar



PRIVATE CLIENT GROUP 119
68 SOUTH SERVICE ROAD
MELVILLE, NY 11747

BLACK BUFFALO 3D CORPORATION DEBTOR IN 8-119
POSSESSION CASE#25-12270
1071 HUDSON ST
UNION NJ 07083

See Back for Important Information

Primary Account: [redacted]1560 0

| Date | Description | | | |
|---|---|---|---|---|
| | OBI: | | | |
| Mar 12 | OUTGOING WIRE | | | 12,000.00 |
| | REF# [redacted] | | | |
| | TO: Presidio Advisors DWC LLV | ABA: ADCBAEAAX | | |
| | BANK: ABU DHABI COMMERCIAL BANK | ACCT# [redacted] | | |
| Mar 13 | OUTGOING WIRE | | | 2,708.00 |
| | REF# [redacted] | | | |
| | TO: Empire Blended Products | ABA: 031201360 | | |
| | BANK: TD BANK, NA | ACCT# [redacted] | | |
| Mar 13 | OUTGOING WIRE | | | 5,000.00 |
| | REF# [redacted] | | | |
| | TO: Carlo Rigillo | ABA: ROYCCAT2X | | |
| | BANK: ROYAL BANK OF CANADA | ACCT# [redacted] | | |
| Mar 13 | OUTGOING WIRE | | | 13,670.50 |
| | REF# [redacted] | | | |
| | TO: Vibra Screw Inc | ABA: 221272303 | | |
| | BANK: PROVIDENT BANK | ACCT# [redacted] | | |
| Mar 13 | OUTGOING WIRE | | | 18,000.00 |
| | REF# [redacted] | | | |
| | TO: Lets Play Production Inc | ABA: 322271627 | | |
| | BANK: JPMORGAN CHASE BANK, NA | ACCT# [redacted] | | |
| | OBI: August and September Invoices | | | |
| | OBI: | | | |
| | OBI: | | | |
| Mar 13 | AUTOMATED PAYMENT | ck/ref no. | 1224756 | 2,711.16 |
| | UNITED HEALTHCAR | EDI PAYMTS | 886939384817 | |
| | ISA*00* | *00* | *ZZ*141128924 | |
| Mar 13 | AUTOMATED PAYMENT | ck/ref no. | 1181141 | 8,141.12 |
| | GUSTO | TAX 723635 | 6SEMK7U0EV8 | |
| Mar 13 | AUTOMATED PAYMENT | ck/ref no. | 1181132 | 14,466.39 |
| | GUSTO | NET 739399 | 6SEMK7U0EV7 | |
| Mar 16 | AUTOMATED PAYMENT | ck/ref no. | 1296359 | 52.09 |
| | AMERICAN WATER E | BILLPAY | AMERICAN WATER | |
| Mar 16 | AUTOMATED PAYMENT | ck/ref no. | 1250067 | 263.08 |
| | VERIZON | VZ BILLPAY | 9573597830001 | |
| Mar 16 | AUTOMATED PAYMENT | ck/ref no. | 1265564 | 1,349.87 |
| | PUBLIC SERVICE | PSEG | 007723199406 | |
| Mar 16 | AUTOMATED PAYMENT | ck/ref no. | 1285373 | 2,238.91 |
| | AFCO DIRECT | PAYMENTS | 30041673 | |

flagstar

Statement Period
From March 01, 2026
To March 31, 2026
Page 5 of 6

PRIVATE CLIENT GROUP 119
68 SOUTH SERVICE ROAD
MELVILLE, NY 11747

BLACK BUFFALO 3D CORPORATION DEBTOR IN 8-119
POSSESSION CASE#25-12270
1071 HUDSON ST
UNION NJ 07083

See Back for Important Information

Primary Account: [redacted]1560 0

| | | |
|---|---|---|
| Mar 16 | AUTOMATED PAYMENT ck/ref no. 1316492<br>ELIZABETHTOWN GA B2P*ELIZAB [redacted] | 2,295.08 |
| Mar 17 | OUTGOING WIRE<br>REF# [redacted]<br>TO: Carlo Rigillo ABA: ROYCCAT2X<br>BANK: ROYAL BANK OF CANADA ACCT# [redacted] | 10,000.00 |
| Mar 18 | DEBIT CARD PURCHASE<br>ON 03/18 AT AMAZON COM BD60R9FD0 SEATTLE WA<br>************6964 | 9.56 |
| Mar 18 | DEBIT CARD PURCHASE<br>ON 03/18 AT AMAZON COM BD4NT3V31 SEATTLE WA<br>************6964 | 13.85 |
| Mar 23 | OUTGOING WIRE<br>REF# [redacted]<br>TO: McMaster Carr Supply Company ABA: 026009593<br>BANK: BANK OF AMERICA, N.A., NY ACCT# [redacted]<br>OBI: Bringing Current Black Buffalo 3D Account 440578900 -<br>OBI:<br>OBI: | 7,064.83 |
| Mar 23 | OUTGOING WIRE<br>REF# [redacted]<br>TO: Musser Automation LLC ABA: 121000248<br>BANK: WELLS FARGO BANK, N.A. ACCT# [redacted]<br>OBI: Invoice #BB3D-0006<br>OBI:<br>OBI: | 7,500.00 |
| Mar 23 | AUTOMATED PAYMENT ck/ref no. 1810006<br>APPFOLIO, INC. F WEB PMTS 36LGZ5 | 2.49 |
| Mar 23 | AUTOMATED PAYMENT ck/ref no. 1821280<br>THE ROBBINS AGEN WEB PMTS 3F7CJF | 16,724.81 |
| Mar 24 | AUTOMATED PAYMENT ck/ref no. 1920752<br>PUBLIC SERVICE PSEG 007723199406 | 782.08 |
| Mar 24 | AUTOMATED PAYMENT ck/ref no. 1981705<br>UNITED HEALTHCAR EDI PAYMTS 886939359299<br>ISA*00* *00* *ZZ*141128924 | 903.72 |
| Mar 26 | OUTGOING WIRE<br>REF# [redacted]<br>TO: Bom Lee ABA: SHBKKRSEX<br>BANK: SHINHAN BANK ACCT# SHBKKRSE | 672.00 |

flagstar



PRIVATE CLIENT GROUP 119
68 SOUTH SERVICE ROAD
MELVILLE, NY 11747

BLACK BUFFALO 3D CORPORATION DEBTOR IN 8-119
POSSESSION CASE#25-12270
1071 HUDSON ST
UNION NJ 07083

See Back for Important Information

Primary Account: [redacted]1560 0

| | | |
|---|---|---|
| Mar 26 | DEBIT CARD PURCHASE<br>ON 03/26 AT AMERICAN COMP GASES NE NEWARK NJ<br>************6964 | 84.77 |
| Mar 27 | DEBIT CARD PURCHASE<br>ON 03/27 AT NST THE HOME DEPOT 001 UNION NJ<br>************6964 | 109.53 |
| Mar 27 | AUTOMATED PAYMENT ck/ref no. 2264574<br>GUSTO TAX 194583 6SEMK81T65C | 8,141.06 |
| Mar 27 | AUTOMATED PAYMENT ck/ref no. 2264614<br>GUSTO NET 196275 6SEMK81T65B | 14,466.42 |

Daily Balances

| | | | |
|---|---|---|---|
| Feb 28 | 4,157.00 | Mar 17 | 361,450.83 |
| Mar 06 | 204,157.00 | Mar 18 | 361,427.42 |
| Mar 11 | 132,432.13 | Mar 23 | 334,299.96 |
| Mar 12 | 282,372.03 | Mar 24 | 332,614.16 |
| Mar 13 | 367,674.86 | Mar 26 | 331,857.39 |
| Mar 16 | 361,475.83 | Mar 27 | 309,140.38 |

flagstar

Statement Period
From March 01, 2026
To March 31, 2026


PRIVATE CLIENT GROUP 119
68 SOUTH SERVICE ROAD
MELVILLE, NY 11747

BLACK BUFFALO 3D CORPORATION 8-119
1071 HUDSON ST
UNION NJ 07083

See Back for Important Information

Primary Account: [redacted]9568 0

EFFECTIVE 3/1/2026, THE FEE FOR PROCESSING A LEGAL ACTION WILL BE UPDATED FROM 175 DOLLARS TO 100 DOLLARS PER LEGAL DOCUMENT.

| Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| [redacted]9568 | MONOGRAM CHECKING | 11,068.75 | 1,386.53- |
| | RELATIONSHIP TOTAL | | 1,386.53- |

flagstar

Statement Period
From March 01, 2026
To March 31, 2026


PRIVATE CLIENT GROUP 119
68 SOUTH SERVICE ROAD
MELVILLE, NY 11747

BLACK BUFFALO 3D CORPORATION 8-119
1071 HUDSON ST
UNION NJ 07083

See Back for Important Information

Primary Account: [redacted]9568 0

MONOGRAM CHECKING [redacted]9568

Summary

| | | |
|---|---|---|
| Previous Balance as of March | 01, 2026 | 11,068.75 |
| 1 Credits | | 99,980.00 |
| 24 Debits | | 112,435.28 |
| Ending Balance as of March | 31, 2026 | 1,386.53- |

Deposits and Other Credits

| | | |
|---|---|---|
| Mar 05 | INCOMING WIRE<br>REF# [redacted]<br>FROM: AJA HOLDINGS 2013 INC ABA: ROYCCAT2X<br>BANK: ROYAL BANK OF CANADA<br>OBI: STEPHEN ARBIB<br>OBI:<br>OBI: | 99,980.00 |

Withdrawals and Other Debits

| | | |
|---|---|---|
| Mar 02 | DEBIT CARD PURCHASE<br>ON 03/02 AT MSFT E0400YM010 MSBILL INFO WA<br>************0040 | 29.68 |
| Mar 02 | DEBIT CARD PURCHASE<br>ON 03/02 AT UBER EATS 8005928996 CA<br>************0040 | 64.04 |
| Mar 02 | DEBIT CARD PURCHASE<br>ON 03/02 AT MICROSOFT CORPORATION REDMOND WA<br>************0040 | 127.20 |
| Mar 02 | DEBIT CARD PURCHASE<br>ON 03/02 AT EXPENSIFY INC SAN FRANCISC CA<br>************3946 | 180.00 |
| Mar 02 | DEBIT CARD PURCHASE<br>ON 03/02 AT MSFT E0400YM1H2 REDMOND WA<br>************0040 | 316.80 |

Statement Period
From March 01, 2026
To March 31, 2026
Page 3 of 4

PRIVATE CLIENT GROUP 119
68 SOUTH SERVICE ROAD
MELVILLE, NY 11747

BLACK BUFFALO 3D CORPORATION 8-119
1071 HUDSON ST
UNION NJ 07083

See Back for Important Information

Primary Account: [redacted]9568 0

| | | |
|---|---|---|
| Mar 03 | DEBIT CARD PURCHASE<br>ON 03/03 AT DELUCA DISPOSAL SOLUTI SCOTCH PLAIN NJ<br>************3946 | 250.00 |
| Mar 03 | AUTOMATED PAYMENT ck/ref no. 203927<br>GUSTO FEE 201957 6SEMK7PVTID | 183.00 |
| Mar 03 | AUTOMATED PAYMENT ck/ref no. 175078<br>SSBTRUSTOPS P/R CONTR | 1,386.53 |
| Mar 04 | DEBIT CARD PURCHASE<br>ON 03/04 AT CAPLINKED INC EL SEGUNDO CA<br>************3946 | 399.00 |
| Mar 06 | ONLINE TRANSFER DEBIT<br>ONLINE XFR TO: XXXXXX1560 | 100,000.00 |
| Mar 06 | AUTOMATED PAYMENT ck/ref no. 547881<br>GUIDELINE RETIRE GUIDELINE ST-Z4H2V2N9D8K3 | 34.84 |
| Mar 09 | DEBIT CARD PURCHASE<br>ON 03/09 AT UBER EATS HELP UBER C SAN FRANCISC CA<br>************0040 | 83.95 |
| Mar 10 | DEBIT CARD PURCHASE<br>ON 03/10 AT UBER EATS 8005928996 CA<br>************0040 | 49.72 |
| Mar 10 | DEBIT CARD PURCHASE<br>ON 03/10 AT INTUIT QBOOKS ONLINE SAN DIEGO CA<br>************0040 | 275.00 |
| Mar 10 | AUTOMATED PAYMENT ck/ref no. 770204<br>FIRST INSURANCE INSURANCE 900-105896088 | 990.96 |
| Mar 16 | DEBIT CARD PURCHASE<br>ON 03/16 AT ADOBE SAN JOSE CA<br>************0040 | 21.31 |
| Mar 16 | DEBIT CARD PURCHASE<br>ON 03/16 AT UBER EATS 8005928996 CA<br>************0040 | 112.07 |
| Mar 17 | DEBIT CARD PURCHASE<br>ON 03/17 AT UBER EATS 8005928996 CA<br>************0040 | 56.21 |
| Mar 17 | AUTOMATED PAYMENT ck/ref no. 1384263<br>SSBTRUSTOPS P/R CONTR | 1,386.53 |
| Mar 18 | DEBIT CARD PURCHASE<br>ON 03/18 AT ADOBE SAN JOSE CA<br>************3946 | 31.98 |

flagstar

Statement Period
From March 01, 2026
To March 31, 2026


PRIVATE CLIENT GROUP 119
68 SOUTH SERVICE ROAD
MELVILLE, NY 11747

BLACK BUFFALO 3D CORPORATION 8-119
1071 HUDSON ST
UNION NJ 07083

See Back for Important Information

Primary Account: [redacted]9568 0

| | | |
|---|---|---|
| Mar 19 | DEBIT CARD PURCHASE<br>ON 03/19 AT UBER EATS HELP UBER C SAN FRANCISC CA<br>************0040 | 59.27 |
| Mar 23 | DEBIT CARD PURCHASE<br>ON 03/23 AT 3DEXPERIENCE DASSAULT WALTHAM MA<br>************0040 | 845.99 |
| Mar 23 | TELEPHONE XFER DR<br>TELEPHONE TRANSFER TO: XXXXXX1560 | 4,164.67 |
| Mar 31 | AUTOMATED PAYMENT ck/ref no. 2465178<br>SSBTRUSTOPS P/R CONTR | 1,386.53 |

Daily Balances

| | | | |
|---|---|---|---|
| Feb 28 | 11,068.75 | Mar 10 | 6,678.03 |
| Mar 02 | 10,351.03 | Mar 16 | 6,544.65 |
| Mar 03 | 8,531.50 | Mar 17 | 5,101.91 |
| Mar 04 | 8,132.50 | Mar 18 | 5,069.93 |
| Mar 05 | 108,112.50 | Mar 19 | 5,010.66 |
| Mar 06 | 8,077.66 | Mar 23 | .00 |
| Mar 09 | 7,993.71 | Mar 31 | 1,386.53- |

Rates for this statement period - Overdraft
Mar 01, 2026 16.500000 %

TD

WESTON & MAJOR MACKENZIE
3737 MAJOR MACKENZIE DR BLDG D
VAUGHAN, ON L4H 0A2

TD Canada Trust

Tel: 1-866-222-3456
TTY: 1-800-361-1180

TDCDA71400_4026986_020 E R 03026 08709

BLACK BUFFALO 3D CORPORATION
1071 HUDSON ST
UNION NJ 07083 USA

| Statement of Account | | Account Type | Statement From - To |
|---|---|---|---|
| Branch No. | Account No. | BUSINESS CHEQUING ACCOUNT - USD EVERY DAY A | FEB 27/26 - MAR 31/26 |
| 3026 | [redacted]5275 | | Page 1 of 1 |

| DESCRIPTION | CHEQUE/DEBIT | DEPOSIT/CREDIT | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE FORWARD | | | FEB27 | 62.50 |
| MONTHLY PLAN FEE | 19.00 | | MAR31 | 43.50 |

0 CHQS ENCLOSED NEXT STATEMENT DATE IS APR 30/26
MONTHLY AVER. CR. BAL. $61.88
MONTHLY MIN. BAL. $43.50
DEP CONTENT- CASH 0 ITEMS 0 UNC BATCH 0

| | No. | Amount |
|---|---|---|
| Credits | 0 | 0.00 |
| Debits | 1 | 19.00 |

-
-
-

Please ensure that you report in writing any errors or irregularities found within this statement within 30 days of the statement date. If you do not, the statement of account shall be conclusively deemed correct except for any amount credited to the account in error.

Accounts issued by: **THE TORONTO-DOMINION BANK**

TDCDA71400_4026986_020 - 0198709 017786